

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-21-00083-CV

Daniel **ROUNDTREE**,
Appellant

v.

Chandravadan **BHAKTA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV04583
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by June 21, 2021. On June 28, 2021, we sent appellant a notice that his brief had not been timely filed and requested an explanation from appellant by July 8, 2021. Appellant has not filed a brief, motion for extension or time, or explanation. It is therefore ORDERED that appellant file, within fifteen (15) days of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.



Michael A. Cruz,
Clerk of Court